UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES BERNARD HOLTS (#105333)** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:15-cv-4584** |
| | * | |
| **N. BURL CAIN, WARDEN,** | * | **SECTION "I" (5)** |
| **LOUISIANA STATE PENITENTIARY** | * | |

MOTION TO DISMISS HABEAS CORPUS PETITION PURSUANT TO
F.R.C.P. RULE 12(b)(6) AND 28 U.S.C. § 2244(d)(1)(A)

MAY IT PLEASE THE COURT:

For the reasons and authorities set forth in detail in the supporting memorandum, respondent N. Burl Cain, Warden, Louisiana State Penitentiary, asks this Court to adjudicate and summarily dismiss petitioner James Bernard Holts's entire federal habeas petition. Warden Cain so moves because petitioner Holts's own representation of his post-conviction procedural history contained in his sworn, *pro se* federal habeas application form establishes that the statute of limitations has expired.

Warden Cain moves this Court to adjudicate the statute of limitation issues first (which should end this litigation) before requiring a full answer and response to the merits of petitioner

Holts's claims.

        Respectfully Submitted,

        /s/ Matthew Caplan
        Matthew Caplan, #31650
        Assistant District Attorney
        Parish of Washington
        701 N. Columbia Street
        Covington, Louisiana 70433
        Tel: (985) 809-8398
        Email: mcaplan@22da.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

> James B. Holts, #105333
> Louisiana State Penitentiary
> Angola, LA 70712
> *Petitioner, pro se*.

This 7th day of October, 2015, New Orleans, Louisiana.

        /s/ Matthew Caplan
        Matthew Caplan
        La. Bar No. 31650
        Assistant District Attorney
        Parish of Washington