UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES BERNARD HOLTS (#105333)** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 2:15-cv-4584 |
| | * | |
| **N. BURL CAIN, WARDEN,** | * | SECTION "I" (5) |
|     **LOUISIANA STATE PENITENTIARY** | * | |

ORDER

CONSIDERING THE FOREGOING MOTION;

IT IS HEREBY ORDERED that James Bernard Holts's *Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241* is DISMISSED with prejudice.

So Ordered,

_____
Hon. Lance M. Africk
United States District Court Judge
Eastern District of Louisiana

NEW ORLEANS, LOUSIANA,
this, the \_\_\_\_\_ day of _____, 2015.