UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES BERNARD HOLTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4584** |
| **BURL CAIN, WARDEN** | **SECTION: "I"(3)** |

**O R D E R**

On October 2, 2015, the undersigned United States Magistrate Judge ordered the District Attorney of Washington Parish to file an **answer** to petitioner's application and a certified copy of the state court record.  Rec. Doc. 7.  Despite that Order, the District Attorney has filed a motion to dismiss, arguing that, based on the representations made in petitioner's application, it appears that the application is untimely.  The District Attorney states that an answer will be filed, if necessary, after the statute of limitations defense is adjudicated.  That filing is not in compliance with the Court's Order, and the Court declines to address this matter in the piecemeal manner suggested by the District Attorney.

Accordingly,

**IT IS ORDERED** that the District Attorney's motion is hereby construed as an answer raising a single defense, i.e. that petitioner's federal application us untimely.[1]  If the District Attorney wishes to raise any other defenses, he must do so by filing a proper answer within thirty days.

---

[1] The Court notes that the statute of limitations is an affirmative defense on which the respondent bears the burden of proof.  Ray v. Clements, 700 F.3d 993, 1007 (7th Cir. 2012); Griffin v. Rogers, 308 F.3d 647, 653 (6th Cir. 2003); Washington v. Stephens, Civ. Action No. 4:12-CV-3426, 2014 WL 2050514, at *4 n.1 (S.D. Tex. May 19, 2014).

**IT IS FURTHER ORDERED** that the Clerk terminate the motion to dismiss, Rec. Doc. 8.

**IT IS FURTHER ORDERED that the District Attorney file with the Court, within thirty (30) days of entry of this order, a certified copy of the entire state court record.  This shall include all pleadings, briefs, memoranda, and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of all proceedings held in any state court, and all state court dispositions.  In the event the District Attorney is unable to produce any of these documents, he shall advise the Court in writing as to the reason why he is unable to do so.**

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana  70130.

New Orleans, Louisiana, this eighth day of October, 2015.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**