UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES BERNARD HOLTS** | **CIVIL ACTION** |
| versus | **NO. 15-4584** |
| **BURL CAIN** | **SECTION: "I"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, James Bernard Holts, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **James Bernard Holts** is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

New Orleans, Louisiana, this 25th day of January, 2016.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE